**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:08-cv-42**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>VALERIE E. WALL,<br>aka/VALERIE ELAINE LEEKS, )<br><br>Defendant, )<br>and )<br><br>EXODUS OUTREACH FOUNDATION,<br>INC., )<br>Garnishee. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on the Government's Motion for Dismissal of Writ of Garnishment (Document #20) filed September 16, 2010. For the reasons stated in the Government's motion, the motion is **GRANTED.**

**THEREFORE, IT IS HEREBY ORDERED** that the Writ Of Continuing Garnishment (Document #19) issued by this Court on April 9, 2009 is dismissed.

Signed: May 24, 2011

Richard L. Voorhees
United States District Judge